UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALEO SCHALTER UND SENSOREN GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Case No. 23-cv-05721-PCP   (VKD)<br><br>**ORDER RE ADMINISTRATIVE SEALING MOTIONS**<br><br>Re: Dkt. Nos. 46, 48 |

Before the Court are two administrative sealing motions (Dkt. Nos. 46, 48) regarding materials submitted in connection with the parties' now-resolved May 2, 2024 discovery dispute (Dkt. No. 45).

Dkt. No. 46. In connection with the parties' May 2, 2024 joint discovery dispute letter, plaintiff Valeo Schalter und Sensoren GmbH ("Valeo") filed an administrative motion to consider whether another party's material should be sealed concerning defendant NVIDIA Corporation's ("NVIDIA") interrogatory responses. *See* Dkt. No. 46. Valeo asks to seal this document in its entirety on the ground that it contains information designated by NVIDIA as confidential under the protective order in this case. *See id.*

The docket does not indicate that NVIDIA has responded to Valeo's motion to seal. *See* Civil L.R. 79-5(f); *see also* Civil L.R. 79-5(c). As this may have been an oversight, the Court directs NVIDIA to respond to the motion to seal at Dkt. No. 46 by **May 10, 2024** explaining why the materials in question should remain under seal, either in whole or in part (if at all).

Dkt. No. 48. Valeo has also filed an administrative motion to seal its operative trade secret disclosure (Dkt. No. 48), which it filed at the direction of the Court (Dkt. No. 47). The Court's

order directing Valeo to file this disclosure contemplated that it could be sealed, *see* Dkt. No. 47 at 1, and, after reviewing Valeo's motion, the Court agrees that good cause exists for the entire document to be sealed.  The disclosure contains descriptions of Valeo's trade secrets, the disclosure of which would cause Valeo competitive harm.  *See* Dkt. No. 48 at 2; *Skillz Platform Inc. v. AviaGames Inc.*, No. 21-CV-02436-BLF, 2024 WL 40185, at *2 (N.D. Cal. Jan. 3, 2024) (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)) ("Good cause exists to seal trade secrets.").  Accordingly, Valeo's administrative motion to seal at Dkt. No. 48 is granted.

**IT IS SO ORDERED.**

Dated: May 7, 2024

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge