UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISIONON

| | |
|---|---|
| VALEO SCHALTER UND SENSOREN GMBH,<br><br>        Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>        Defendant. | Case No.  23-cv-05721-EKL (VKD)<br><br>**ORDER SEALING DOCUMENTS**<br>Re: Dkt. Nos. 170, 174, 175, 176 |

On December 26, 2024, plaintiff Valeo Schalter und Sensoren GMBH ("Valeo") filed four administrative motions to consider whether NVIDIA Corporation's ("NVIDIA") materials should be sealed in connection with four discovery dispute letters and attachments filed the same day. Dkt. Nos. 170, 174, 175, 176.  Pursuant to Civil Local Rule 79-5(f), defendant NVIDIA filed a declaration in support of Valeo's sealing motions, but indicated that a narrower set of materials requires sealing.  Dkt. No. 178.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (cleaned up).  However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1101 (9th Cir. 2016).  A party seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c).  *Id.* at 1098-99; *Kamakana*, 447 F.3d at 1179-80.  The discovery matters at issue here do not address the merits of either party's claims or

1  defenses, so the Court applies the "good cause" standard of Rule 26(c).

2        NVIDIA asserts that the information it seeks to seal contains confidential business
3  information as well specific details regarding the technical aspects and personnel involved in
4  ongoing and forthcoming projects.  *See, e.g.*, Dkt. No. 178 ¶¶ 8-9, 14.  NVIDIA states that this
5  information, if revealed, could cause damage to NVIDIA's competitive standing and would
6  increase the risk that "bad actors" could "gain access to NVIDIA's confidential technical
7  information."  *Id.* ¶¶ 10-11.  The Court agrees that good cause exists to seal the information
8  NVIDIA has designated within these documents.  The redactions proposed to the public versions
9  of these documents are minimal and narrowly tailored to address the concerns it identifies.  *See*
10 Civil L.R. 79-5(c)(3).  The following materials shall be sealed:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Discovery Letter Brief to Compel NVIDIA to Produce Custodial ESI (Dkt. No. 169) | Portions of the document as redacted by NVIDIA in Exhibit A (Dkt. No. 178-1) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Discovery Letter Brief re NVIDIA's Failure to Produce Responsive Documents (Dkt. No. 171) | Portions of the document as redacted by NVIDIA in Exhibit B (Dkt. No. 178-2) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Exhibit 3 to Dkt. No. 171 | Portions of the document as redacted by NVIDIA in Exhibit C (Dkt. No. 178-3) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Exhibit 4 to Dkt. No. 171 | Portions of the document as redacted by NVIDIA in Exhibit D (Dkt. No. 178-4) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Discovery Letter Brief to Compel NVIDIA to Produce Financial Documents (Dkt. No. 172) | Portions of the document as redacted by NVIDIA in Exhibit E (Dkt. No. 178-5) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Exhibit 2 to Dkt. No. 172 | Entire Document |
| Discovery Letter Brief re NVIDIA's Failure to Properly Prepare 30(b)(6) Witnesses (Dkt. No. 173) | Portions of the document as redacted by NVIDIA in Exhibit F (Dkt. No. 178-6) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Exhibit 1 to Dkt. No. 173 | Portions of the document as redacted by NVIDIA in Exhibit G (Dkt. No. 178-7) to the Declaration of |

United States District Court
Northern District of California

| | Michael LaFond (Dkt. No. 178) |
|---|---|
| Exhibit 2 to Dkt. No. 173 | Portions of the document as redacted by NVIDIA in Exhibit H (Dkt. No. 178-8) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Exhibit 3 to Dkt. No. 173 | Portions of the document as redacted by NVIDIA in Exhibit I (Dkt. No. 178-9) to the Declaration of Michael LaFond (Dkt. No. 178) |
| Exhibit 4 to Dkt. No. 173 | Portions of the document as redacted by NVIDIA in Exhibit J (Dkt. No. 178-10) to the Declaration of Michael LaFond (Dkt. No. 178) |

Redacted versions of these documents are available on the public docket. No further action by the parties is required.

**IT IS SO ORDERED.**

Dated: January 9, 2025

Virginia K. DeMarchi
United States Magistrate Judge