UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALEO SCHALTER UND SENSOREN GMBH,<br><br>                    Plaintiff,<br><br>         v.<br><br>NVIDIA CORPORATION,<br><br>                    Defendant. | Case No. 23-cv-05721-EKL (VKD)<br><br>**ORDER SEALING DOCUMENTS**<br>Re: Dkt. No. 192 |

On January 11, 2025, plaintiff Valeo Schalter und Sensoren GMBH ("Valeo") filed an administrative motion to consider whether defendant NVIDIA Corporation's ("NVIDIA") material should be sealed. Dkt. No. 192. On January 17, 2025, NVIDIA filed a declaration in support of sealing pursuant to Local Rule 79-5(f)(3). Dkt. No. 197.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (cleaned up). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1101 (9th Cir. 2016). A party seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c). *Id.* at 1098-99; *Kamakana*, 447 F.3d at 1179-80. The discovery matters at issue here do not address the merits of either party's claims or defenses, so the Court applies the "good cause" standard of Rule 26(c).

NVIDIA asserts that good cause exists because the information at issue contains sensitive

business information that, if revealed, could cause competitive harm to NVIDIA. Dkt. No. 197 at 2. NVIDIA asserts that in particular many of the portions for which it seeks sealing reference "a confidential partnership that NVIDIA has not yet publicly announced." *Id.* at 3, 5-7.

The Court agrees that good cause exists to seal the information NVIDIA has designated within these documents. The redactions proposed to the public versions of these documents are minimal and narrowly tailored to address the concerns it identifies. *See* Civil L.R. 79-5(c)(3). The following materials shall be sealed:

| Document | Portions to be Filed Under Seal |
|---|---|
| Joint Status Report re 30(b)(6) Dispute (Dkt. No. 191) | Portions of the document as redacted by NVIDIA in Exhibit A (Dkt. No. 197-1) to the Declaration of Michael LaFond (Dkt. No. 197) |
| Exhibit 1 (Dkt. No. 191-1) | Portions of the document as redacted by NVIDIA in Exhibit B (Dkt. No. 197-2) to the Declaration of Michael LaFond (Dkt. No. 197) |
| Exhibit 2 (Dkt. No. 191-2) | Portions of the document as redacted by NVIDIA in Exhibit C (Dkt. No. 197-3) to the Declaration of Michael LaFond (Dkt. No. 197) |
| Exhibit 3 (Dkt. No. 191-3) | Portions of the document as redacted by NVIDIA in Exhibit D (Dkt. No. 197-4) to the Declaration of Michael LaFond (Dkt. No. 197) |
| Exhibit 5 (Dkt. No. 191-5) | Entire Document |
| Exhibit 6 (Dkt. No. 191-6) | Entire Document |
| Exhibit 8 (Dkt. No. 191-8) | Portions of the document as redacted by NVIDIA in Exhibit E (Dkt. No. 197-5) to the Declaration of Michael LaFond (Dkt. No. 197) |
| Exhibit 9 (Dkt. No. 191-9) | Entire Document |
| Exhibit 10 (Dkt. No. 191-10) | Portions of the document as redacted by NVIDIA in Exhibit F (Dkt. No. 197-6) to the Declaration of Michael LaFond (Dkt. No. 197) |
| Exhibit 11 (Dkt. No. 191-11) | Portions of the document as redacted by NVIDIA in Exhibit G (Dkt. No. 197-7) to the Declaration of Michael LaFond (Dkt. No. 197) |

| | |
|---|---|
| Exhibit 13 (Dkt. No. 191-13) | Portions of the document as redacted by NVIDIA in Exhibit H (Dkt. No. 197-8) to the Declaration of Michael LaFond (Dkt. No. 197) |

Publicly redacted versions of the above are already available on the docket. NVIDIA has also asserted that it does not seek to seal Exhibits 4, 7, and 12 to the joint report – the sealed versions of which are on the docket at 192-7, 192-10, and 192-15. Dkt. No. 197 at 7. In view of NVIDIA's statements, Valeo is ordered to file publicly on the docket the unredacted versions of these exhibits.

**IT IS SO ORDERED.**

Dated: January 29, 2025

Virginia K. DeMarchi
United States Magistrate Judge