QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean S. Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Andrew M. Holmes (Bar No. 260475)
  drewholmes@quinnemanuel.com
  Jodie W. Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ron Hagiz (admitted *pro hac vice*)
  ronhagiz@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Valeo Schalter und Sensoren GmbH,<br><br>           Plaintiff,<br><br>      v.<br><br>NVIDIA Corporation,<br><br>           Defendant. | Case No. 5:23-cv-5721-NW-VKD<br><br>**DECLARATION OF ABIGAIL CLARK FILED IN SUPPORT OF NVIDIA'S MOTION TO EXCLUDE OPINIONS OF JAMES MALACKOWSKI**<br><br>Judge:         The Hon. Noël Wise<br>Courtroom:  3, 5th Floor |

I, Abigail Clark, declare as follows:

1. I am an attorney licensed to practice in the State of Texas and Commonwealths of Kentucky and Massachusetts, and am admitted to practice *pro hac vice* before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant NVIDIA Corporation ("NVIDIA") in this matter. I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. I am submitting this declaration in support of NVIDIA's Motion to Exclude the Opinions of James Malackowski.

3. Attached as **Exhibit 1** to this declaration is a true and correct copy of excerpts of a document entitled "Cooperation Agreement," served by Defendant NVIDIA Corporation ("NVIDIA") bearing beginning Bates Number NVIDIA0663347. This document has been previously redacted by third party Mercedes-Benz AG, whose confidential information is represented therein with the understanding of both NVIDIA and Plaintiff Valeo Schalter und Sensoren GmbH ("Valeo"). NVIDIA has designated Exhibit 1, in its entirety, Highly Confidential – Attorney's Eyes Only under the operative protective order. *See* Dkt. 87.

4. Attached as **Exhibit 2** to this declaration is a true and correct copy of excerpts of the deposition of NVIDIA's 30(b)(6) corporate witness Ali Kani, taken in two parts on December 13, 2024 and January 19, 2025. NVIDIA has designated Exhibit 2, in its entirety, Highly Confidential – Attorneys' Eyes Only under the operative protective order. *See* Dkt. 87.

5. Attached as **Exhibit 3** to this declaration is a true and correct copy of excerpts of the deposition of Valeo's expert witness James Malackowski, taken March 27, 2025. Valeo has designated Exhibit 3, in its entirety, Highly Confidential – Attorneys' Eyes Only under the operative protective order. *See* Dkt. 87.

6. Attached as **Exhibit 4** to this declaration is a true and correct copy of excerpts of the Rebuttal Expert Report of Patrick F. Kennedy, Ph.D., served by NVIDIA on March 13, 2025. NVIDIA has designated Exhibit 4, in its entirety, Highly Confidential – Source Code under the operative protective order. *See* Dkt. 87.

7.

8. Attached as **Exhibit 5** to this declaration is a true and correct copy of a document titled "Ultrasonic Perception Overview," bearing beginning Bates number NVIDIA000016. NVIDIA has designated Exhibit 5, in its entirety, Highly Confidential – Attorney's Eyes Only under the operative protective order. *See* Dkt. 87.

9. Attached as **Exhibit 6** to this declaration is a true and correct copy of a document titled "Software Architecture Design for Ultrasonic Perception," bearing beginning Bates number NVIDIA0004824. NVIDIA has designated Exhibit 6, in its entirety, Highly Confidential – Attorney's Eyes Only under the operative protective order. *See* Dkt. 87.

10. Attached as **Exhibit 7** to this declaration is a true and correct copy of excerpts of the deposition of Valeo's 30(b)(6) corporate witness Vsevelod Vovkushevksy, taken December 18, 2025. Valeo has designated Exhibit 7, in its entirety, Highly Confidential – Attorneys' Eyes Only under the operative protective order. *See* Dkt. 87.

11. Attached as **Exhibit 8** to this declaration is a true and correct copy of a document titled "Mercedes-Benz FAS6.0 Parking Solution Proposal", bearing beginning Bates number VALEO_5721_03461667. Valeo has designated Exhibit 8, in its entirety, Highly Confidential – Attorney's Eyes Only under the operative protective order. *See* Dkt. 87.

12. Attached as **Exhibit 9** is a true and correct copy of excerpts of the Opening Expert Report of Matthew Johnson-Roberson, Ph.D., on Misappropriation, served by Valeo on January 24, 2025. Valeo has designated Exhibit 9, in its entirety, Highly Confidential – Source Code under the operative protective order. *See* Dkt. 87.

13. Attached as **Exhibit 10** is a true and correct copy of excerpts of the Opening Expert Report of Mr. James Malackowski served by Valeo on January 24, 2025. Valeo has designated Exhibit 10, in its entirety, Highly Confidential – Source Code under the operative protective order. *See* Dkt. 87.

14. Attached as **Exhibit 11** to this declaration is a true and correct copy of excerpts of the deposition of NVIDIA's 30(b)(6) corporate witness Brandon Heiman, taken on December 4, 2024. NVIDIA has designated Exhibit 2, in its entirety, Highly Confidential – Attorneys' Eyes Only under the operative protective order. *See* Dkt. 87.

15. **Exhibit 12** intentionally omitted.

16. Attached as **Exhibit 13** to this declaration is a true and correct copy of a document titled "NVIDIA Ultrasonic Pre-Processing," bearing beginning Bates number NVIDIA0061375. NVIDIA has designated Exhibit 13, in its entirety, Highly Confidential – Attorney's Eyes Only under the operative protective order. *See* Dkt. 87.

17. Attached as **Exhibit 14** to this declaration is a true and correct copy of excerpts of the deposition of Valeo's expert witness Dr. Matthew Johnson-Roberson, taken April 2, 2025. Valeo has designated Exhibit 15, in its entirety, Highly Confidential – Source Code under the operative protective order. *See* Dkt. 87.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 8, 2025

*/s/ Abigail Clark*
Abigail Clark

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for NVIDIA Corporation.

DATED: May 8, 2025

*/s/ Abigail Clark*
Abigail Clark